UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| CAMERON G. BLAIR, | ) | CIV. 08-4095 RHB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| H.C.M.T.I. (Prison Healthcare), | ) | |
| DEPT. OF CORRECTIONS; | ) | |
| DOUGLAS WEBER, Warden, South | ) | JUDGMENT |
| Dakota State Prison; P.A. ZIKE, | ) | |
| Physician Assistant, South Dakota | ) | |
| State Prison; P.J. SEVERSON, Nurse, | ) | |
| South Dakota State Prison; JULIE | ) | |
| SPURRELL, Head of Healthcare | ) | |
| Services, South Dakota State Prison; | ) | |
| and DR. WHITE, Doctor, Central | ) | |
| Plains Eye Clinic, | ) | |
| | ) | |
| Defendants. | ) | |

Based upon the Court's Order dated this same day, it is hereby

ORDERED, ADJUDGED, and DECREED that judgment shall issue in favor of defendants and against plaintiff.

Dated this _19th_ day of November, 2009.

BY THE COURT:

_____
RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE

FILED
NOV 19 2009
CLERK